**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6117**

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

SIRONDA LAVYREE SANDERS,

> Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Fox, Senior District Judge.  (5:09-cr-00020-F-1)

Submitted: April 10, 2015                    Decided: May 5, 2015

Before DUNCAN and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sironda Lavyree Sanders, Appellant Pro Se.   Leslie Katherine Cooley, Jennifer P. May-Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sironda Lavyree Sanders appeals the district court's order denying her motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Sanders, No. 5:09-cr-00020-F-1 (E.D.N.C. Jan. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED